LAW OFFICE
OF
# RICHARD S. BROOK
114 OLD COUNTRY ROAD
SUITE 250
MINEOLA, NEW YORK 11501

(516) 741-8400

RICHARD S. BROOK

PATRICIA E. PALMERI

*Via ECF and First Class Mail*

July 14, 2010

Honorable Joseph L. Bianco, U.S.D.J.
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:   Riley v. IBEW Local Union 25, et al.
      09-CV-1703 (JFB)(ARL)

Dear Judge Bianco:

This is to inform you that the above referenced matter has been resolved. Enclosed for you to review and So Order is a Stipulation and Order of Final Dismissal With Prejudice signed by counsel for all parties. By copy of this letter, I am informing Magistrate Judge Lindsay of this resolution.

Please let Plaintiff's attorney or me know if you have any questions regarding the enclosed.

Thank you.

Respectfully submitted,

Richard S. Brook
Attorney for Defendant, Local 25, IBEW, AFL-CIO

RSB/cam

Cc:   Hon. Arlene R. Lindsay, U.S.M.J.
      Eric Tilton, Esq., Attorney for Plaintiff
      Norman Rothfeld, Esq. Attorney for Defendant, Local 3, IBEW, AFL-CIO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x   No. 09-cv-1703 (JFB)(ARL)
MONTAGUE RILEY,

                      Plaintiff,

   -against-

IBEW LOCAL UNION NO. 25, INTERNATIONAL
BROTHERS OF ELECTRICAL WORKERS;
LOCAL UNION NO. 3, IBEW, INTERNATIONAL
BROTHERS OF ELECTRICAL WORKERS;

                      Defendants.
----------------------------------------------------------------x

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendants that the above-captioned action be dismissed with prejudice in its entirety and with no award of attorneys fees, costs or disbursements to either Plaintiff or Defendants.

Dated: _____July 7_____, 2010

For the Plaintiff:

The Law Office of Steven A. Morelli, P.C.
1461 Franklin Avenue
Garden City, NY 11530
(516) 393-9151

By: _____/s/_____
    Eric S. Tilton (ET-9547)

SO ORDERED:

_____
United States District Judge

For the Defendant Local 25, IBEW:

The Law Office of Richard S. Brook
114 Old Country Road, Ste. 250
Mineola, NY 11501
(516) 741-8400

By: _____/s/_____
    Richard S. Brook (RSB 3687)

For the Defendant Local 3 IBEW:

Norman Rothfeld, Esq.
276 Fifth Avenue
New York, NY 10001
(212) 686-0070

By: _____/s/_____
    Norman Rothfeld (NR 0639)

1